IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY WALKER and DUSHANNA JONES, o*n behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS SPECIALTY PHARMACY, LLC, d/b/a AllianceRx Walgreens Prime, LLC, <br><br> Defendant. | Case No. 1:21-cv-05780 <br><br> Hon. Judge Lindsay C. Jenkins |

### SECOND JOINT STATUS REPORT FOLLOWING MEDIATION

Now comes Defendant, Walgreens Specialty Pharmacy, LLC, d/b/a AllianceRx Walgreens Prime, LLC ("Defendant"), by and through counsel, and Plaintiffs Brittney Walker and Dushanna Jones ("Plaintiffs'"), by and through counsel, hereby submit their Joint Status Report pursuant to this Honorable Court's Order entered on October 15, 2024 [ECF No. 117]. In support of the forgoing, the Parties state:

1. On August 30, 2024, the Court continued the stay in this matter and ordered the Parties to submit a joint status report following the scheduled mediation on October 8, 2024. [ECF 115]. On October 15, 2025, the Parties filed that Joint Status Report indicating they had made significant progress on resolution, and requesting 14 days to continue discussions. The Court granted that request via ECF No. 117.

2. The Parties are now pleased to report that they have reached a resolution of this Action, subject to the Court's approval. They are working on the related settlement paperwork, and expect to file a Motion for Settlement Approval within the next 21 days.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew S. Grimsley* | /s/ *Michael D. Ray* |
| Matthew S. Grimsley (*pro hac vice*) | Shawn D. Fabian |
| Anthony J. Lazzaro (*pro hac vice*) | Kevin M. Cloutier |
| THE LAZZARO LAW FIRM, LLC | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| The Heritage Building, Suite 250 | 70 West Madison Street, 48th Floor |
| 34555 Chagrin Boulevard | Chicago, IL 60602 |
| Moreland Hills, OH 44022 | Phone: (312) 499-6300 |
| Phone: 216-696-5000 | sfabian@sheppardmullin.com |
| matthew@lazzarolawfirm.com | kcloutier@sheppardmullin.com |
| anthony@lazzarolawfirm.com | |
| | Michael D. Ray |
| Michael Fradin | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| LAW OFFICE MICHAEL L. FRADIN | 201 S. College Street, Suite 2300 |
| 8401 Crawford Ave. Suite 104 | Charlotte, NC 28244 |
| Skokie, IL 60076 | Phone: (704) 405-3133 |
| Phone: 847-986-5889 | michael.ray@ogletreedeakins.com |
| mike@fradinlaw.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiffs | |

## **CERTIFICATE OF SERVICE**

I, Michael D. Ray, an attorney, hereby certify that a true and correct copy of the foregoing document to be filed this 30th day of October, 2024, via this Court's ECF system, which effects service on all counsel of record.

*/s/ Michael D. Ray*
Michael D. Ray