IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITTNEY WALKER and DUSHANNA JONES, o*n behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS SPECIALTY PHARMACY, LLC, d/b/a AllianceRx Walgreens Prime, LLC, <br><br><br> Defendant. | Case No. 1:21-cv-05780 <br><br> Hon. Judge Lindsay C. Jenkins |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SETTLEMENT APPROVAL

Now comes Defendant, Walgreens Specialty Pharmacy, LLC, d/b/a AllianceRx Walgreens Prime, LLC ("Defendant"), by and through counsel, and Plaintiffs Brittney Walker and Dushanna Jones ("Plaintiffs'"), by and through counsel, hereby submit this Motion for Extension of Time. In support of the forgoing, the Parties state:

1. As previously reported to the Court, the Parties have reached an agreement to resolve this action and are working on the settlement documents and the related motion for settlement approval. *See, e.g.,* ECF No. 118.

2. Pursuant to the Court's order dated October 30, 2024, the Parties' motion for settlement approval is currently due on November 21, 2024. ECF No. 119.

3. The Parties have, in good faith, exchanged drafts of the relevant settlement documents and are working diligently on finalizing same.

4. They request a modest 5-day extension of the November 21, 2024 deadline, until Tuesday November 26, 2024, to finalize and file the motion for settlement approval and related papers.

5. This request is made upon the grounds stated and not for the purposes of unnecessary delay.

6. Defendant's counsel has discussed this request with Plaintiffs' counsel Matthew Grimsley, who has agreed.

Respectfully submitted,

/s/ *Michael D. Ray*
Shawn D. Fabian
Kevin M. Cloutier
SHEPPARD MULLIN RICHTER & HAMPTON LLP
70 West Madison Street, 48th Floor
Chicago, IL 60602
Phone: (312) 499-6300
sfabian@sheppardmullin.com
kcloutier@sheppardmullin.com

*Attorneys for Plaintiff*

Michael D. Ray
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
201 S. College Street, Suite 2300
Charlotte, NC 28244
Phone: (704) 405-3133
michael.ray@ogletreedeakins.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Michael D. Ray, an attorney, hereby certify that a true and correct copy of the foregoing document to be filed this 20th day of November, 2024, via this Court's ECF system, which effects service on all counsel of record.

                                                         */s/ Michael D. Ray*
                                                          Michael D. Ray

86711726.v1-OGLETREE